UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| BRIAN P., | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )  No. 1:21-cv-00309-LEW |
| | ) |
| SOCIAL SECURITY ADMINISTRATION | ) |
| COMMISSIONER, | ) |
| | ) |
| Defendant | ) |

## ORDER ACCEPTING RECOMMENDED DECISION

On December 1, 2022, the United States Magistrate Judge filed with the court, with copies to counsel, her Report and Recommended Decision. The time within which to file objections expired on December 16, 2022, and no objection was filed. The Magistrate Judge notified the parties that failure to object would waive the right to *de novo* review and appeal. Having reviewed and considered the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in the Recommended Decision.

It is therefore ORDERED that the Recommended Decision (ECF No. 47) of the Magistrate Judge is hereby AFFIRMED and ADOPTED. The Commissioner's final administrative decision is AFFIRMED.

**SO ORDERED.**

Dated this 4th day of January, 2023.

　　　　　　　　　　　　　　　　　　/s/ Lance E. Walker
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE